1  STEVEN G. KALAR
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  1301 Clay Street, Suite 1350N
   Oakland, CA 94612
4  Telephone:   (510) 637-3500
   Facsimile:   (510) 637-3507

Counsel for Defendant BANARD LEWIS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17 00337-01 HSG[KAW] |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING RELEASE CONDITIONS** |
| v. | |
| BANARD LEWIS, | |
| Defendant. | |

Banard Lewis is out of custody and subject to supervision by Pretrial Services. Following a bail review hearing on 24 August 2017, the Court imposed an electronic monitoring and curfew condition that restricts Mr Lewis to his residence between the hours of 9 p.m. and 6:00 a.m. He is compliant with his conditions of pretrial release. Mr Lewis recently obtained employment with Tesla as a production assistant at the company's Newark, California, facility. His work hours are 4:30 a.m to 4:30 p.m.

It is therefore STIPULATED AND AGREED that the Court modify Mr Lewis's curfew condition to the hours of 9:00 p.m. to 4:00 a.m. so that he may leave his residence in sufficient time to arrive at his job by 4:30 a.m. Mr Lewis shall remain subject to all other existing conditions of his pretrial release.

SO STIPULATED.

Dated: 29 September 2017            ___/s/ Sheila Armbrust_____
SHEILA ARMBRUST
Assistant United States Attorney

Dated: 29 September 2017            ___/s/ Jerome E. Matthews_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: 29 September 2017            _/s/ Timothy Elder_____
TIMOTHY ELDER
U.S. Pretrial Services Officer

Good cause appearing therefor, IT IS ORDERED that the conditions of Banard Lewis's release are modified such that the effective hours of his curfew are 9:00 p.m. to 4:00 a.m. Mr Lewis shall remain subject to all other existing conditions of his pretrial release.

Dated: __9/29_____, 2017            *Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge