1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SHEILA A.G. ARMBRUST (CABN 265998)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6961
7       FAX: (415) 436-7234
        sheila.armbrust@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                             OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,          ) No. CR 17-00337-01 HSG
                                        )
14 |     Plaintiff,                     ) STIPULATION AND ORDER CONTINUING
                                        ) MATTER AND EXCLUDING TIME UNDER THE
15 |  v.                                ) SPEEDY TRIAL ACT
                                        )
16 | BANARD LEWIS,                      ) Date: October 2, 2017, to October 23, 2017
                                        ) Time: 2:00 p.m.
17 |     Defendant.                     )
                                        )
18

19     The parties appeared before the Honorable Haywood S. Gilliam, Jr. on October 2, 2017, for a

20 status conference. Defense counsel represented that he has received a plea offer from the government

21 and needs additional time to evaluate this offer with his client. The parties requested, and the Court

22 granted, a continuance until October 23, 2017, and the Court set this date for a change of plea. The

23 parties also stipulated, and the Court ordered, that time between October 2, 2017, and October 23, 2017,

24 be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

25     The parties further stipulate, and ask the Court to find, that the requested continuance and

26 exclusion of time are in the interests of justice and outweigh the best interest of the public and the

27 defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

28

STIP. AND ORD. CONT. & EXCL. TIME UNDER S.T.A.
CR 17-00337-01 HSG                     1

1 | SO STIPULATED.

2 | DATED: October 3, 2017                              BRIAN J. STRETCH
                                                       United States Attorney

                                                                /s/
                                                       SHEILA A.G. ARMBRUST
                                                       Assistant United States Attorney

7 | DATED: October 3, 2017                                      /s/
                                                       JEROME MATTHEWS
                                                       Counsel for Defendant Banard Lewis

## Attestation of Filer

In addition to myself, the other signatory to this document is Jerome Matthews. I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

DATED: October 3, 2017                                          /s/
                                                       SHEILA A.G. ARMBRUST
                                                       Assistant United States Attorney

**ORDER**

For the reasons stated, this matter is continued until October 23, 2017, at 2:00 p.m. for change of plea. The time October 2, 2017, and October 23, 2017, is excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv). Failure to grant the continuance would deny the defendant's counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: October 4, 2017

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge