STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:    (510) 637-3507

Counsel for Defendant BANARD LEWIS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 17 00337-01 HSG[KAW] |
|---|---|---|
| Plaintiff, | ) ) ) | **AMENDED STIPULATION AND [PROPOSED] ORDER MODIFYING RELEASE CONDITIONS** |
| v. | ) ) | |
| BANARD LEWIS, | ) ) ) | |
| Defendant. | ) ) | |

Banard Lewis is out of custody and subject to supervision by Pretrial Services. He presently resides with his sister, however his sister is planning to move to another apartment during the week of 4 December 2017 and that apartment is not large enough to accommodate Mr Lewis. Mr Lewis therefore intends to live with his significant other and son at 1579 165th Street, Unit # 8, in San Leandro. Pretrial Services has approved this change in residence.

It is therefore STIPULATED AND AGREED that the Court modify Mr Lewis's release conditions to permit him to reside at 1579 165th Street, Unit # 8, in San Leandro. Mr Lewis shall remain subject to all other existing conditions of his pretrial release.

SO STIPULATED.

Dated: 1 December 2017  _____/s/_____
SHEILA ARMBRUST
Assistant United States Attorney

Dated: 1 December 2017  _____/s/_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: 1 December 2017  _____/s/_____
TIMOTHY ELDER
U.S. Pretrial Services Officer

Good cause appearing therefor, IT IS ORDERED that the conditions of Banard Lewis's release are modified to permit him to reside at 1579 165th Street, Unit # 8, in San Leandro. Mr Lewis shall remain subject to all other existing conditions of his pretrial release.

Dated: \_\_12/4_____, 2017   *Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge