| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | JEROME E. MATTHEWS |
| | Assistant Federal Public Defender |
| 3 | 1301 Clay Street, Suite 1350N |
| | Oakland, CA 94612 |
| 4 | Telephone:  (510) 637-3500 |
| | Facsimile:   (510) 637-3507 |
| 5 | |
| 6 | Counsel for Defendant BANARD LEWIS |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 17 00337-01 HSG[KAW] |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER MODIFYING RELEASE CONDITIONS** |
| v. | ) | |
| BANARD LEWIS, | ) | |
| Defendant. | ) | |

    Banard Lewis is out of custody and subject to supervision by Pretrial Services. He is compliant with his release conditions. Mr Lewis wishes to take his son to Universal Studios in Los Angeles, California, for the weekend beginning Friday, 2 March 2018, and returning Sunday evening, 4 March 2018.

    It is therefore STIPULATED AND AGREED that the Court modify Mr Lewis's release conditions to permit him to travel to the Central District of California on the terms set forth in this stipulation. Mr Lewis shall remain subject to all other existing conditions of his pretrial release.

    SO STIPULATED.

Dated: 28 February 2018                                    /s/ Sheila Armbrust
                                                           SHEILA ARMBRUST
                                                           Assistant United States Attorney


Dated: 28 February 2018                                    /s/ Jerome E. Matthews
                                                           JEROME E. MATTHEWS
                                                           Assistant Federal Public Defender


Dated: 28 February 2018                                    /s/ Timothy Elder
                                                           TIMOTHY ELDER
                                                           U.S. Pretrial Services Officer


Good cause appearing therefor, IT IS ORDERED that the conditions of Banard Lewis's release are modified to permit him to travel to the Central District of California beginning Friday, 2 March 2018, and returning Sunday evening, 4 March 2018.

Mr Lewis shall remain subject to all other existing conditions of his pretrial release, and such conditions regarding his travel as Pretrial Services deems appropriate.


Dated: ___3/1_____, 2018                               _____
                                                           KANDIS A. WESTMORE
                                                           United States Magistrate Judge